IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DENINE CARN SCOTT,** <br>           **Plaintiff,** <br><br> v. <br><br> **WEDGE RECOVERY CENTER,** <br>           **Defendant.** | **CIVIL ACTION** <br><br><br><br><br> **NO. 23CV4934** |

## ORDER

**AND NOW**, this 20th day of December, 2024, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 13) and all responses and replies thereto (ECF Nos. 16, 17), **IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED IN PART** and **DENIED IN PART**.

Defendant's Motion is **GRANTED** with respect to:

1. Plaintiff's Discrimination Claims.

2. Plaintiff's Retaliation Claims based on her asthma diagnosis.

Defendant's Motion is **DENIED** with respect to Plaintiff's Retaliation Claims based on her taking a day off from work for her GERD-related Procedure.

                                                                     **BY THE COURT:**

                                                                     */s/ Wendy Beetlestone*
                                                                     _____
                                                                     **WENDY BEETLESTONE, J.**